IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

v.                                                            Criminal No. 1:26-MJ-1

**BERNARD WOOD,**

        **Defendant**.

## MOTION FOR PRETRIAL DETENTION

The United States moves for pretrial detention of defendant pursuant to 18 U.S.C. Section 3142(e) and (f).

1. Eligibility of Case.   This case is eligible for a detention order because the case involves:

    \_\_\_\_   a crime of violence, a violation of section 1591, or an offense listed in section 2332b(g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed;

    \_\_\_\_   an offense for which the maximum sentence is life imprisonment or death;

    \_\_\_\_   an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. 801 et seq.), the Controlled Substances Import and Export Act (21 U.S.C. 951 et seq.), or chapter 705 of title 46;

    \_\_\_\_   any felony if such person has been convicted of two or more offenses described in subparagraphs (A) through (C) of Title 18 U.S.C. Section 3142(f)(1), or two or more State or local offenses that would have been offenses described in subparagraphs (A) through (C) of this paragraph if a circumstance giving rise to Federal jurisdiction had existed, or a combination of such offenses; or

    \_\_\_\_   any felony that is not otherwise a crime of violence that involves a minor victim or that involves the possession or use of a firearm or destructive device (as those terms are defined in section 921), or any other dangerous weapon, or involves a failure to register under section 2250 of title 18, United States Code;

    __X__   Serious risk defendant will flee;

    ____   Serious risk obstruction of justice

2. **Reason for Detention.** The court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

    __X__   Defendant's appearance as required.

    __X__   Safety of any other person and the community.

3. **Rebuttable Presumption.**

A rebuttable presumption arises that no condition or combination of conditions will reasonably assure the safety of any other person and the community because:

    ____   a) the defendant has been convicted of a Federal offense that is described in Title 18 U.S.C. Section 3142(f)(1), or of a State or local offense that would have been an offense described in subsection (f)(1) of this section if a circumstance giving rise to Federal jurisdiction had existed; b) the offense was committed while the defendant was on release pending trial for a Federal, State, or local offense; and c) a period of not more than five years has elapsed since the date of conviction, or the release of the defendant from imprisonment, for that offense whichever is later.

A rebuttable presumption arises that that no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of the community because the defendant committed:

    ____   an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. 801 et seq.), the Controlled Substances Import and Export Act (21 U.S.C. 951 et seq.), or chapter 705 of title 46;

    ____   an offense under section 924(c), 956(a), or 2332b of this title;

    ____   an offense listed in section 2332b(g)(5)(B) of title 18, United States Code, for which a maximum term of imprisonment of 10 years or more is prescribed;

    ____   an offense under chapter 77 of this title for which a maximum term of

    imprisonment of 20 years or more is prescribed; or

  ____ an offense involving a minor victim under section 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or 2425 of this title.

4.  Time for Detention Hearing. The United States requests the court conduct the detention hearing

   __X__ At first appearance.

   _____ After continuance of ____ days (not more than 3)

5.  Other Matters: _____

DATED this 20th day of January, 2026.

         Respectfully submitted:

         UNITED STATES OF AMERICA
         MATTHEW L. HARVEY
         United States Attorney

    By: /s/ William Rhee
       William Rhee
       Assistant United States Attorney
       320 W. Pike St., Suite 300
       Clarksburg, WV 26301
       Ph: (304) 623-7030; Fax: (304) 234-0110